UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MBC Group, <br><br> Petitioner. | 21-mc-00429 <br><br> (AJN) ORDER |

ALISON J. NATHAN, District Judge:

Petitioner's Request for the Issuance of a Copyright Act Subpoena by the Clerk of Court pursuant to 17 U.S.C. § 512(h) is GRANTED. The Clerk of Court is respectfully directed to issue a subpoena in the form provided in Dkt. No. 2.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge