USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MBC Group,

          Petitioner.

21-mc-429 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Petitioner's letter regarding the issuance of the subpoena. Dkt. No. 6. The subpoena was issued and mailed to the address listed in the Petitioner's request on May 28, 2021. The subpoena will again be mailed today. If the Petitioner does not receive the subpoena by June 27, 2021, the Petitioner should submit another letter to the Court.

    SO ORDERED.

Dated: June 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1